# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 470 WAL 2019
:
Respondent    :
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
PARIS LIONEL JAMES,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.